# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ALICE MCBURNIE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:16-cv-01250 JGB (KKx)<br><br>**JUDGMENT** |

This matter came before the Court on bench trial scheduled for May 16, 2017. Upon reviewing the parties' trial briefs and the administrative record, the Court determined that oral argument was unnecessary for decision, and therefore took the matter under submission on May 16, 2017. On June 6, 2017, the Court entered Findings of Fact and Conclusions of Law pursuant to Rule 52 of the Federal Rules of Civil Procedure, finding that Plaintiff was not eligible for additional benefits under the disability benefit plan established by her former employer, Macy's, Inc., and that Defendant Life Insurance Company of North America ("LINA") was entitled to have judgment entered in its favor. Accordingly,

IT IS ORDERED AND ADJUDGED:

1. That judgment is hereby entered in favor of Defendant Life Insurance Company of North America in accordance with the Court's Order filed on June 6, 2017; and

2. That the action be, and hereby is, dismissed.

DATED: June 22, 2017

HON. JESUS J. BERNAL
UNITED STATES DISTRICT JUDGE